**Electronically Filed
Supreme Court
SCWC-29587
01-NOV-2011
08:19 AM**

NO. SCWC-29587

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Petitioner/Plaintiff-Appellee,

vs.

HATEM A. EID, Respondent/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29587; HPD TRAFFIC NO. 1DTC-07-045030)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Plaintiff-Appellee State of Hawaii's application for writ of certiorari filed on September 22, 2011, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, November 1, 2011.

Keith M. Kaneshiro,
Prosecuting Attorney,
Brian R. Vincent,
Deputy Prosecuting Attorney,
on the application for
petitioner/plaintiff-
appellee.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

